*199
 
 By the Court.
 

 The appeal is dismissed, only a moot question remaining.
 
 Miner
 
 v.
 
 Witt, Clerk,
 
 82 Ohio St., 237, 92 N. E., 21;
 
 State, ex rel. Mathews,
 
 v.
 
 Fitzgerald et al., Dep. Supervivors of Elections,
 
 84 Ohio St., 450, 95 N. E., 1156;
 
 Board of Education of East Liverpool
 
 v.
 
 Columbiana County Budget Commission,
 
 139 Ohio St., 312, 39 N. E. (2d), 848.
 

 Appeal dismissed.
 

 Weygandt, C. J., Matthias, Hart, Zimmerman, Stewart, Turner and Taet, JJ., concur.